# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1820

_____

Jeffrey L. Thurman,                *
                                        *

        Appellant,         *
                                        *   Appeal from the United States
    v.                       *   District Court for the
                                        *   Western District of Missouri.
Michael Kemna,             *
                                        *       [UNPUBLISHED]
        Appellee.         *

_____

Submitted: August 26, 2005
Filed: August 31, 2005

_____

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Jeffrey Thurman appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action for failure to state a claim upon which relief can be granted. Having conducted careful de novo review, see Gordon v. Hansen, 168 F.3d 1109, 1113 (8th Cir. 1999) (per curiam), we conclude that the district court did not err in dismissing Mr. Thurman's complaint. We also conclude that the court did not abuse its discretion in denying Mr. Thurman's motions to amend his complaint, or in

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

refusing to order the production of documents at this early stage of the litigation.  <u>See</u> 8th Cir. R. 47B.

_____